| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN M. SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | LARRY D. HUMPHREY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00020-SAB |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| LARRY D. HUMPHREY, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Larry D. Humphrey, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the May 16, 2019 hearing.

Mr. Humphrey had his initial appearance on March 21, 2019, at which time he entered not guilty pleas to Citation Nos. 6355022 and 6355023. The Court set a status conference for May 16, 2019. At the initial appearance, defense counsel did not seek a Rule 43 waiver for the May 16, 2019 status conference because Mr. Humphrey did not have a stable residence and defense counsel was concerned about being able to relay a future court date to Mr. Humphrey. Since the initial appearance, Mr. Humphrey has found stable housing at House of Hope, a faith-based sober living home in Merced, and has maintained close contact with the Federal Defender's Office.

Mr. Humphrey now seeks a waiver of appearance at the May 16, 2019 status conference. Given Mr. Humphrey's limited financial resources, travel from Merced to Fresno for a brief

court appearance would pose a serious hardship.  Mr. Humphrey agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: May 14, 2019                                    /s/ Erin M. Snider
                                              ERIN M. SNIDER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              LARRY D. HUMPHREY

Date: May 14, 2019                                    /s/ Larry D. Humphrey
                                              LARRY D. HUMPRHEY (electronic signature
                                              authorized May 14, 2019)

## **O R D E R**

Pursuant to Rule 43(b)(2), defendant's request for a waiver of appearance at the May 16, 2019 status conference is granted.

IT IS SO ORDERED.

Dated: **May 14, 2019**

                                              UNITED STATES MAGISTRATE JUDGE