1 MCGREGOR W. SCOTT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 1:19-PO-00020-SAB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS; ORDER |
| LARRY HUMPHREY, | |
| Defendant. | |

The United States moves to dismiss the following two cases against defendant Larry Humphrey without prejudice in the interest of justice:

(1) Case No. 1:19-po-00020-SAB, and the two associated citations: Citation #6355022 (disorderly conduct at VA premises) and Citation #6355023 (Failure to depart VA premises); and

(2) Case No. 1:19-po-00068-SAB, and the associated citations: Citation #6354609 (Failure to depart VA premises).

IT IS SO ORDERED.

Dated: **December 10, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1

| | |
|---|---|
| Dated: December 10, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |

**<u>ORDER</u>**